The People of the State of New York, Respondent, v. Beard's Erie Basin Incorporated, Appellant.—

No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

The People of the State New York, Respondent, v. Blue Baking Co., Inc., Appellant.—

No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

The People of the State of New York, Respondent, v. Morris Bunin, Appellant.—

No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

The People of the State of New York, Respondent, v. Victor J. Garity, Appellant.—

No opinion. Present—Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

The People of the State of New York, Respondent, v. Andrew Geyer, Jr., Appellant.—

No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

The People of the State of New York, Respondent, v. Simon Kirschbaum, Appellant.—

No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.